O'Connor and Justice Thomas took no part in the consideration or decision of this petition.

No. 90–7134. Stankewitz v. California, 499 U. S. 954. Motion for leave to file petition for rehearing denied. Justice Thomas took no part in the consideration or decision of this motion.

## December 9, 1991

No. — – —. Borre v. United States. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–372. Vasquez, Warden v. Harris. Application to vacate the order of the United States Court of Appeals for the Ninth Circuit granting a stay of mandate, presented to Justice O'Connor, and by her referred to the Court, denied.

No. 90–1745. United States v. Wilson. C. A. 6th Cir. [Certiorari granted, ante, p. 807.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 90–1846. Denton, Director of Corrections of California, et al. v. Hernandez. C. A. 9th Cir. [Certiorari granted, ante, p. 937.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 90–1859. Keeney, Superintendent, Oregon State Penitentiary v. Tamayo-Reyes. C. A. 9th Cir. [Certiorari granted, ante, p. 807.] Motion of Criminal Justice Legal Foundation for leave to file a brief as amicus curiae granted.

No. 91–142. Tidewater Marine Service, Inc., et al. v. Aubry et al. C. A. 9th Cir.;
No. 91–349. Pacific Merchant Shipping Assn. et al. v. Aubry, Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations of California. C. A. 9th Cir.;
No. 91–356. Mead Corp. v. Tilley et al. C. A. 4th Cir.; and
No. 91–610. Local 144 Nursing Home Pension Fund et al. v. Demisay et al. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.